

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2024

No. 04-24-00240-CV

Crystal **WRISTON**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV07119
Honorable Cesar Garcia, Judge Presiding

**ORDER**

In accordance with this court's opinion, the trial court's judgment is VACATED, and the case is DISMISSED. *See* TEX. R. APP. P. 42.3. It is ORDERED no costs are assessed because appellant is indigent. *See id.* R. 20.1.

It is so **ORDERED** on July 3, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk